UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          :          CRIMINAL NO.

      v.          :          MAGISTRATE NO. 06-0358M-01 (CR)
                        :
**MICHAEL POTTS,**          :          VIOLATION: 18 U.S.C. §641
         **Defendant.**          :          (Theft of Government Property)


**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

Between on or about October 2, 2002, and on or about June 22, 2006, within the District of Columbia, **MICHAEL POTTS**, willfully and knowingly did embezzle, steal, purloin, and convert to the use of **MICHAEL POTTS** and another, and **MICHAEL POTTS** did, without authority, sell, convey, and dispose of goods and things of value belonging to the United States Government Printing Office, that is, laser printer cartridges having a value of $123,407.78.

(**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)


KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058


BY:          _____
CATHERINE K. CONNELLY
Assistant United States Attorney
Mass. Bar No. 649430
Federal Major Crimes Section
555 4th Street, N.W., Room 4844
Washington, D.C. 20530
(202) 616-3384