UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-256 (RMU)** |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. §641 |
| **MICHAEL POTTS,** | : | (Theft of Government Property) |
| **Defendant.** | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

Between on or about October 2, 2002, and on or about June 22, 2006, within the District of Columbia, **MICHAEL POTTS**, willfully and knowingly did embezzle, steal, purloin, and convert to the use of **MICHAEL POTTS** and another, and **MICHAEL POTTS** did, without authority, sell, convey, and dispose of goods and things of value belonging to the United States Government Printing Office, that is, laser printer cartridges having a value of $111,025.89.

(**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY:    _____
CATHERINE K. CONNELLY
Assistant United States Attorney
Mass.  Bar No. 649430
Federal Major Crimes Section
555 4th Street, N.W., Room 4844
Washington, D.C. 20530
(202) 616-3384