AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

———————————— DISTRICT OF ————————————

FILED
SEP 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Michael Potts

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-256

I, __MICHAEL POTTS__, the above named defendant, who is accused of

18 USC § 641 (THEFT OF GOVERNMENT PROPERTY)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9-12-2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_____
Defendant   MICHAEL POTTS

_____
Counsel for Defendant
GARY M. SIDELL

Before _____
Judicial Officer