UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :     Criminal Action No.: 06-0256 (RMU)
                                  :
_Michael Potts_,                  :          **FILED**
                                  :
            Defendant(s).         :          SEP 12 2006

### SENTENCING SCHEDULING ORDER[1]

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this _12_ day of _September_ 2005,

**ORDERED** that the sentencing in this matter be set for _December 11, 2006_ at _2:00 PM_; and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

**ORDERED** that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED**.

                                        _Ricardo M. Urbina_
                                        Ricardo M. Urbina
                                        United States District Judge

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).