U.S. Department of Justice
U.S. Attorneys

FILED

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

v.

MICHAEL POTTS

Case No.   06-256 (RMU)

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _13th_ day of _September, 2006,_ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied at 9:00 a.m. on Sept. 19, 2006, at 300 Indiana Ave. by _Special Agent Hud Coughlin or Walter B. Martin_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _N/A_ _____ for "routine processing," and that this be a condition of being released on bond;

4. ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

_[signature]_
Judge (U.S. Magistrate)

DOJ USA-16-1-80