UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :       Criminal Action No.: 06-256 (RMU)
                                  :
MICHAEL POTTS,                    :
                                  :       **FILED**
            Defendant.            :
                                          DEC 1 1 2006

                                          NANCY MAYER WHITTINGTON, CLERK
                                             U.S. DISTRICT COURT

                         **O R D E R**

It is this __11__ th day of __December__ ,

**ORDERED** that a progress hearing in the above-captioned case shall take place on

__Aug. 20 2007__ at __10 am__

**SO ORDERED**.


                              _____
                                   Ricardo M. Urbina
                                   United States District Judge