HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-256-01 |
| | : | |
| vs. | : | SSN: 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 |
| | : | |
| POTTS, Michael | : | Disclosure Date: October 19, 2006 |

**FILED**

DEC 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( )  There are no material/factual inaccuracies therein.
    (✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          10/25/06
Prosecuting Attorney                              Date

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( )  There are no material/factual inaccuracies therein.
    ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____          _____          _____
**Defendant**                    **Date**         **Defense Counsel**                **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 02, 2006**, to U.S. Probation Officer **Sherry Brandon**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
       United States Probation Officer

Page 3, P3, line 7 should read Mr. Potts, not Mr. Washington.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 10/25/06

**Receipt and Acknowledgment**                                                Page 2

| Page | Paragraph | As Written | As Corrected |
|------|-----------|------------|--------------|
| 3 | 3 | Mr. Washington | Mr. Potts |
| 5 | 13 | ~~Mr. Potts claimed that he had sold all of~~ | Mr. Potts thought he had sold all the remaining cartridges but was mistaken since he had 3 left |
| 11 | 68 | weekly wages | hourly wages were $10 |

Signed by: _Gary M. [signature]_
(~~Defendant/~~Defense Attorney/~~AUSA~~)

Date: 11-1-06