UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal N0. 06-256(RMU) |
| | : | |
| MICHAEL POTTS | : | |

NOTICE OF CHANGE OF ADDRESS

Effective Monday, July 30, 2007, please be advised that counsel's office address will become the following:

1776 K Street, NW
Suite 800
Washington, D.C. 20006

Telephone and facsimile numbers will remain the same as will the email address.

Respectfully submitted,

_____
Gary M. Sidell
1101 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
D.C. Bar No. 961847
202-783-0060
202-331-9666 (facsimile)
suitcase@erols.com