UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 06-256-01(RMU) |
| MICHAEL POTTS, | : | |
| Defendant. | : | **FILED** |

**ORDER**

FILED AUG 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 20th day of August 2007,

**ORDERED** that a progress hearing in the above-captioned case shall take place on Feb. 19 2008 at 11 AM.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge