UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :     Criminal Action No.:  06-0256 (RMU)
                                  :
MICHAEL POTTS,                    :
                                  :
            Defendant.            :

**O R D E R**

**FILED**
FEB 19 2008
Clerk, U.S. District and
Bankruptcy Courts

It is this 19th day of February 2008, hereby

**ORDERED** a progress hearing in the above-captioned case shall take place on

Sept. 4, 2008 at 1:30.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge