UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No.: 06-256 (RMU) |
| v. | : | |
| MICHAEL POTTS, | : | **FILED** |
| | : | SEP 4 - 2008 |
| Defendant. | : | Clerk, U.S. District and Bankruptcy Courts |

**ORDER**

It is this 4th day of September 2008,

**ORDERED** that a progress hearing in the above-captioned case shall take place on _March 3, 2009_ at _11 am_.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge